Acknowledged.

This action is hereby dismissed with prejudice.

Date: 1/8/2024

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOE HAND PROMOTIONS, INC.,

Plaintiff,

- against -

SHIFT RESTAURANT LLC, et al.,

Defendants.

CASE NO.: 4:23-cv-00135-SEB-KMB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joe Hand Promotions, Inc. and Defendants Shift Restaurant LLC, Matt Euson, and Nicholas Roberts have reached a settlement and have agreed to this joint stipulation of dismissal With Prejudice, resolving all claims, known and unknown, each party may have against the other to date. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorneys' fees.

This 4th day of January, 2024.

/s/ Ryan R. Janis
Ryan R. Janis, Esquire
Jekielek & Janis
*Attorneys for Plaintiff*

/s/ Gregory A. Neibarger
Gregory A. Neibarger, Esquire
Dentons Bingham Greenebaum LLP
*Attorneys for Defendants*